**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| James Samford,<br><br>    Plaintiff,<br><br>v.<br><br>Interstate National Dealer Services, Inc,<br><br>    Defendant. | Case No: 1:19-cv-1702-LTB<br><br>**AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

NOW COMES, Plaintiff JAMES SAMFORD ("Plaintiff"), by and through his attorneys, SHAWN JAFFER LAW FIRM, PLLC, and files his Amended Complaint as matter of course under Fed. R. Civ. Pro. Rule 15(a) against Defendant INTERSTATE NATIONAL DEALER SERVICES, INC ("Defendant"), *to wit*, for violations 47 U.S.C. § 227 *et seq.* of the Telephone Consumer Protection Act ("TCPA").

## PREMLIMINARY STATEMENT

1. This is an action for injunctive relief and statutory damages pursuant to 47 U.S.C. § 227 *et seq.* (TCPA).

## JURISDICTION & VENUE

2. This action arises under and is brought pursuant to the TCPA. Subject matter jurisdiction is conferred upon this Court by 47 U.S.C. § 227, 28 U.S.C. §§ 1331, and 1337.

3. Venue in this District is proper under 28 U.S.C. §§ 1391(b)(1) because a substantial part of the events or omissions giving rise to this claim occurred here.

## PARTIES

4. Plaintiff is a natural person and an individual residing at 7242 S. Blackhawk St, Englewood, CO 80112.

5. Defendant is a "person" meaning an individual, partnership, association, joint-stock company, trust or corporation.

6. Defendant is a business located at 6120 Powers Ferry Rd NW, Suite 200, Atlanta, GA 30339 and uses National Registered Agents, Inc. as its agent for service of process, located at 7700 E Arapahoe Rd, Suite 220, Centennial, CO 80112.

## FACTUAL ALLEGATIONS
### TCPA VIOLATION

7. Plaintiff re-alleges and incorporates by reference paragraphs in this complaint as though fully set forth herein.

8. Starting in May, 2018 the Defendant called the Plaintiff on his cellular telephone at 270-XXX-0592 at least 22 times from phone numbers listed in the attached Exhibit "A".

9. When Plaintiff answered the phone calls a recorded message played saying that the call was from Defendant Interstate National Dealer Services.

10. Defendant used an automatic telephone system to call and text the Plaintiff's cellular telephone.

11. On several occasions when the Plaintiff answered his cellular telephone, he encountered a silence for a few seconds and then the phone call automatically terminated, or there was a clicking noise followed with a human being answering the call.

12. This is evidence of an automatic telephone system being used by the Defendant.

13. Plaintiff has asked Defendant to stop calling him using an automated telephone dialing system to his cellular telephone number.

14. However, Defendant continued to call Plaintiff's cellular telephone using an automatic telephone dialing system.

15. Defendant used a telephone dialing system to initiate and receive telephone calls.

16. Defendant used a telephone dialing system to call Plaintiff's cellular telephone that has the capacity to:

    (a) store telephone numbers;

    (b) call stored telephone numbers automatically;

    (c) call stored telephone numbers without human intervention;

    (d) call telephone numbers in sequential order;

    (e) call telephone numbers randomly;

    (f) simultaneously call multiple consumers; or

    (g) call telephone numbers according to a strategy or protocol inputted by the Defendant.

17. While Defendant called and text messaged Plaintiff's cellular telephones, Plaintiff's cellular telephone lines were unavailable for legitimate use during the unwanted calls.

18. Defendant has acted willfully and intentionally in violating the TCPA.

19. Alternatively, the Defendant has acted negligently in violating the TCPA.

20. As a result of the above violation of the TCPA the Plaintiff has been injured and harmed because the Defendant's use of an automatic telephone system to call and sent text messages to Plaintiff's cellular telephone number without the Plaintiff's consent has caused a nuisance, an invasion of privacy, an intrusion of peace and tranquility, and harassment and abuse upon the Plaintiff.

## **COUNT I**

## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT
### 47 U.S.C. § 227 *et seq.*

21. Plaintiff re-alleges and incorporates by reference paragraphs in this complaint as though fully set forth herein.

22. Defendant's conduct violated the TCPA by placing non-emergency phone calls and sending text messages to Plaintiff's cellular telephone number using an automatic telephone dialing system and/or prerecorded or artificial voice in violation of 47 U.S.C § 227(b)(1)(A)(iii).

23. Defendant did not have consent to call Plaintiff's cellular telephones.

**WHEREFORE**, Plaintiff, requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

(1) Statutory damages of at least $500.00 per phone call and treble damages pursuant to 47 U.S.C. §§ 227(b)(3)(B)&(C);

(2) Injunctive relief; and

(3) Such other or further relief as the Court deems proper.

## DEMAND FOR TRIAL BY JURY

24. Plaintiff requests a trial by jury on all issues and counts so triable, pursuant to Rule 38 of the Federal Rules of Civil Procedure.

DATED: October 30, 2019                    Respectfully Submitted,

**SHAWN JAFFER LAW FIRM PLLC**
/s/ *Shawn Jaffer_____* .
Shawn Jaffer
TX Bar No.: 24107817 (Admitted in CO)
11625 Custer Rd, Suite 110-376
Frisco, TX 75035
Phone:   (214) 210-0730
Fax:       (214) 594-6100
Email:    shawn@jafflaw.com
**Attorney for Plaintiff**

**Exhibit "A"**

| Phone Number | Status | Date | Time |
|---|---|---|---|
| 1 (270) 683-9541 | Received | 5/2/2018 | 16:33:56Z |
| 1 (270) 683-6925 | Received | 6/25/2018 | 21:59:39Z |
| 1 (270) 681-2946 | Received | 6/28/2018 | 21:25:27Z |
| 1 (270) 358-9812 | Received | 6/29/2018 | 18:30:10Z |
| 1 (270) 681-2906 | Missed | 7/17/2018 | 16:33:32Z |
| 1 (270) 683-9448 | Received | 8/6/2018 | 15:31:19Z |
| 1 (270) 715-6246 | Missed | 8/8/2018 | 14:15:56Z |
| 1 (270) 683-1724 | Received | 8/22/2018 | 16:52:51Z |
| 1 (270) 684-4926 | Received | 8/23/2018 | 20:57:50Z |
| 1 (270) 683-9937 | Received | 9/18/2018 | 14:24:28Z |
| 1 (270) 692-7234 | Received | 10/9/2018 | 17:00:01Z |
| 1 (270) 613-1047 | Received | 12/13/2018 | 15:47:43Z |
| 1 (270) 883-0811 | Received | 1/26/2019 | 23:54:06Z |
| 1 (270) 238-6129 | Missed | 1/27/2019 | 23:35:07Z |
| 1 (270) 908-5757 | Received | 3/29/2019 | 19:52:50Z |
| 1 (270) 283-3174 | Received | 4/5/2019 | 19:23:38Z |
| 1 (270) 651-7067 | Missed | 5/24/2019 | 15:18:51Z |
| 1 (270) 626-9400 | Received | 6/6/2019 | 21:28:50Z |
| 1 (270) 370-1992 | Received | 6/10/2019 | 14:44:55Z |
| 1 (270) 550-1968 | Received | 6/10/2019 | 15:14:09Z |
| 1 (270) 301-7495 | Received | 6/11/2019 | 17:49:50Z |
| 1 (270) 932-3784 | Received | 6/11/2019 | 17:19:35Z |