IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-CV-1702 LTB

JAMES SAMFORD,

Plaintiff,

v.


INTERSTATE NATIONAL DEALER SERVICES, INC.
Defendant.

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff James Samford ("Plaintiff") moves to dismiss his civil action without prejudice against Defendant Interstate National Dealer Services, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with the parties to bear their own costs and attorneys' fees.

DATED: December 16, 2019

*/s/ Shawn Jaffer*
Shawn Jaffer
TX Bar No. 24107817
shawn@jaffer.law
Shawn Jaffer Law Firm, Pllc
11625 Custer Rd, Suite 110-376
Frisco, TX 75035
T: (214) 210-0730
F: (214) 594-6100
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served by electronic notification to the persons and entities registered with CM/ECF on this 16th day of December, 2019.

By: <u>/s/ *Shawn Jaffer*</u>        .
Shawn Jaffer