**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  19-cv-01702-LTB

JAMES SAMFORD,

        Plaintiff,

v.

INTERSTATE NATIONAL DEALER SERVICES, INC.,

        Defendant.
_____

**ORDER**
_____

      THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal Without Prejudice (Doc 15 - filed December 16, 2019), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                          BY THE COURT:

                                            s/Lewis T. Babcock_____
                                            Lewis T. Babcock, Judge

DATED:   December 17, 2019